**Order entered January 28, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01544-CR

**BRANDY NICHOLE CROWE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 6
Dallas County, Texas
Trial Court Cause No. F16-34211-X**

## ORDER

The reporter's record was filed with this Court on March 6, 2019.

In Volume 5, on pages 189-190, the State offered, and the trial court admitted without objection, State's Exhibits 11, 12, 13, and 14. These are video recordings.

The record filed with this Court, however, does not contain copies of the actual videos. Rather, the exhibit volume contains only a single sheet of paper referencing the exhibit number and reflecting the parenthetical (DVD). Because this does not provide this Court with anything to review, we **ORDER** court reporter Debi Harris to file a supplemental reporter's record containing true and correct playable copies of State's Exhibits 11, 12, 13 and 14 within **FIFTEEN DAYS** of the date of this order.

We direct the clerk to send copies of this order to the Honorable Jeanine Howard, Presiding Judge, Criminal District Court No. 6; Debi Harris, deputy official court reporter for Criminal District Court No. 6; and counsel for all parties.


/s/     LESLIE OSBORNE
            JUSTICE